## TOWN OF LEBANON *v.* ALLAN RYCHLING ET AL.
### (AC 32716)

Gruendel, Lavine and Flynn, Js.

Argued September 10—officially released October 2, 2012

Per Curiam. The judgment is affirmed.

## ROGER EMERICK *v.* COMMISSIONER OF PUBLIC HEALTH ET AL.
### (AC 34162)

Alvord, Bear and Flynn, Js.

Argued September 24—officially released October 9, 2012

Per Curiam. The judgment is affirmed.

## CAESAR O'NEIL *v.* COMMISSIONER OF CORRECTION
### (AC 32764)

Gruendel, Beach and Sheldon, Js.

Argued September 21—officially released October 9, 2012

Per Curiam. The appeal is dismissed.